# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD.,<br><br>　　Plaintiff<br><br>v.<br><br>GARY WOJTASZEK, et al.,<br><br>　　Defendants | Case No.: 2:19-cv-00538-APG-VCF<br><br>**Order Notifying State Attorney General of a Constitutional Challenge to a State Statute** |

A filing in this case involves a constitutional challenge to a Nevada state statute, specifically Nevada Revised Statutes § 11.300. *See* EF No. 26. Pursuant to Federal Rule of Civil Procedure 5.1(c), the Attorney General for the State of Nevada has 60 days from the date of this Order to intervene in this action, if it chooses to do so.

IT IS THEREFORE ORDERED that the Clerk of Court shall mail a copy of this Order to the Attorney General for the State of Nevada, via certified mail, return receipt requested, at each of the following addresses:

>Hon. Aaron D. Ford
>Office of the Attorney General
>100 North Carson Street
>Carson City, Nevada 89701

>Hon. Aaron D. Ford
>Office of the Attorney General
>Grant Sawyer Building
>555 E. Washington Avenue, Suite 3900
>Las Vegas, Nevada 89101

DATED this 22nd day of May, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE